Form defntc7

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:
Tabatha R. Bivens
22418 Butterfield Rd., Apt. 306
Richton Park, IL 60471
SSN: xxx–xx–3056 EIN: N.A.

Case No. :   19–15014
Chapter :    7
Judge :      Jacqueline P. Cox

## NOTICE OF DEFICIENCY: POSSIBLE DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed. The deadline in this case is: **June 7, 2019.**

The Clerk has determined that you have failed to file or complete the following required documents:

· **None.**

If you do not complete and file these documents, your case will be dismissed on the 45th day after your case was filed.

The following additional documents were also due at the time of filing and are missing or deficient:

· **Statement About Your Social Security Numbers (Form 121).**

FOR THE COURT

Dated: May 28, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court